IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TAMAJ NEAL, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-109 (WLS-ALS) |
| | * |
| VALDOSTA STATE PRISON, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of February, 2025.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk